Brian A. Bender, Esq. (BAB-0218)
Harris Beach PLLC
100 Wall Street
New York, New York 10005
(212) 687-0100

*Attorneys for Defendant*
*LEFRAK ORGANIZATION, INC.*

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUELO MORENO, <br><br> Plaintiff, <br><br> -against- <br><br> BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., AND NEW YORK TELEPHONE COMPANY, <br><br> Defendants. | Case No.: 08-CV-2662 <br><br><br><br><br> **NOTICE OF APPEARANCE** |

**TO:   THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**

   **PLEASE TAKE NOTICE**, that defendant, LEFRAK ORGANIZATION, INC. hereby appears in the above-entitled action.  The undersigned have been retained as attorneys for said defendant and demand that all papers in this action be served upon the undersigned at the office and address stated below.

The undersigned attorney certifies that he is admitted to practice in this Court.

Dated: New York, New York
May 3, 2008

        Yours etc.,

        **HARRIS BEACH PLLC**

        _____

        Brian A. Bender, Esq. (BAB-0218)
        HARRIS BEACH PLLC
        *Attorney for Defendant*
        ***LEFRAK ORGANIZATION, INC.***
        100 Wall Street, 23rd Floor
        New York, New York 10005
(212) 687-0100

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 3, 2008, I caused to be filed and served the following documents electronically via the Court's ECF system upon the parties:

1. Lefrak's Notice of Appearance

Dated: New York, New York
May 3, 2008

/s/
Brian A. Bender

275624.1

| | |
|---|---|
| IN RE: WORLD TRADE CENTER LOWER MANHATTAN DISASTER SITE LITIGATION | 21 MC 102 (AKH) |

UNITED STATED DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CONSUELO MORENO,<br><br>             Plaintiff,<br><br>    -against-<br><br>BATTERY PARK CITY AUTHORITY, EMPIRE STATE PROPERTIES, INC., HUDSON TOWERS HOUSING CO., INC., LEFRAK ORGANIZATION, INC., AND NEW YORK TELEPHONE COMPANY,<br><br>             Defendants. | Case No.:<br>08-CV-2662 |

## NOTICE OF APPEARANCE

**HARRIS BEACH, PLLC**
*Attorneys for Defendant*
***LEFRAK ORGANIZATION, INC.***
100 Wall Street, 23rd Floor
New York, New York 10005
(212) 687-0100